UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60752-CIV-DIMITROULEAS

CHARDIN ST. LEGER,

          Magistrate Judge Snow

    Plaintiff,

vs.

MASAMUNE II JAPANESE
RESTAURANT, INC., JAPANESE
RESTAURANT MASAMUNE INC., and
YUKIHISA HATAYAMA, individually,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon the Defendants' Motions for Summary Judgment [DE 26, 27, 28], filed on March 11, 2010.  The Court has carefully considered the Motions and is otherwise fully advised in the premises.

On September 18, 2009, this Court entered a Scheduling Order [DE 18] in which we set the deadline for substantive pretrial motions to be February 19, 2010.  Defendants have filed Motions for Summary Judgment nearly three weeks after this deadline without explanation and without seeking leave from this Court to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that the Defendants shall show cause on or before March 16, 2010, why this Court should entertain these untimely Motions for Summary Judgment.  Failure to respond to this Order shall result in denial of the Motions [DE 26, 27, 28].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of March, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record